SKAPIK LAW GROUP
Mark J. Skapik (SBN 164957)
Geralyn L. Skapik (SBN 145055)
Blair J. Berkley (SBN 222293)
5861 Pine Avenue, Suite A-1
Chino Hills, California 91709
Telephone: (909) 398-4404
Facsimile: (909) 398-1883

Attorneys for Plaintiffs
ERIC D. MCDOWELL, an individual; NOEL PEREZ,
an individual; AARON L. STUBBS, an individual; and on behalf of
all persons similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ERIC MCDOWELL, an individual; NOEL PEREZ, an individual, AARON STUBBS, an individual: and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>Vs.<br><br>PENSKE TRUCK LEASING CO., L.P.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-02406 JWH (KESx)<br><br>[Assigned to Hon. John W. Holcomb]<br>[Assigned to Magistrate Karen E. Scott]<br><br>**STIPULATION DISMISSING LAWSUIT WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii):

IT IS HEREBY STIPULATED AND AGREED by and among Eric McDowell ("McDowell"), Noel Perez ("Perez"), and Aaron Stubbs ("Stubbs"), (collectively the "Plaintiffs") and Defendant Penske Truck Leasing Co., L.P. (the "Company"), through their respective attorneys of record, as follows:

1. That the above-entitled matter shall be dismissed in its entirety, with prejudice

2. That any and all matters now pending before the Court are moot;

- 1 -
**STIPULATION DISMISSING LAWSUIT**

3. That each party shall bear his, her or its own attorney fees and costs;

4. That Plaintiffs will be included as class members and will be entitled to receive any settlement money to be distributed in *Jaime Garcia, et al v. Penske Truck Leasing Co., L.P.*, Superior Court of California, County of Yolo, Case. No CV2024-1405, in the event a settlement in that matter is approved.

**IT IS SO STIPULATED.**

                        SKAPIK LAW GROUP

Dated: April 8, 2025         By:  */s/ Geralyn L. Skapik*
                                              Geralyn L. Skapik
                                              Mark J. Skapik
                                              Blair J. Berkley
                                              Matthew T. Falkenstein
                                              Attorneys for Plaintiffs
                                              ERIC D. MCDOWELL, an individual; NOEL PEREZ, an individual; AARON STUBBS, an individual; and on behalf of all persons similarly situated

                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Dated: April 8, 2025         By:  */s/ Matthew Gagnon*
                                              Evan R. Moses
                                              Matthew Gagnon
                                              Noel Hernandez
                                              Attorneys for Defendant PENSKE TRUCK LEASING CO., L.P.

**STIPULATION DISMISSING LAWSUIT**